IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVONTAE MARQUEZ RIVERS                                                        PETITIONER
ADC #153025

V.                          CASE NO. 5:14-cv-00266 SWW-JTK

WENDY KELLEY,[1] Director
Arkansas Department of Correction                                              RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 16th day of June, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Wendy Kelley replaced Ray Hobbs as Director of the Arkansas Department of Correction. Under Federal Rule of Civil Procedure 25(d), Wendy Kelley is automatically substituted as Respondent in this matter.